**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Emerald Electrical Consultants LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2022004 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1400 Market Place Blvd. <br> Number   Street | <br> Number   Street |
| Suite 162 | P.O. Box |
| Cumming    GA    30041 <br> City    State    ZIP Code | <br> City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Forsyth County <br> County | <br> Number   Street |
| | <br> City    State    ZIP Code |

5. **Debtor's website** (URL)   https://emerald-power.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  **Emerald Electrical Consultants LLC**    Case number *(if known)*_____
         Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
**2371**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____  When _____  Case number _____
                                   MM / DD / YYYY
         District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____  Relationship _____
         District _____  When _____
                                   MM / DD / YYYY
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Emerald Electrical Consultants LLC                             Case number (if known)_____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                          State       ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                 ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000                ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

| Debtor | Emerald Electrical Consultants LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/15/2022
MM / DD / YYYY

✘ /s/ Lindy Truitt
Signature of authorized representative of debtor

Lindy Truitt
Printed name

Title President and CEO

**18. Signature of attorney**

✘ /s/ Benjamin Keck
Signature of attorney for debtor

Date 09/15/2022
MM / DD / YYYY

Benjamin Keck
Printed name

Keck Legal, LLC
Firm name

2566 Shallowford Rd. Suite 104-252
Number    Street

Atlanta                GA        30345
City                   State     ZIP Code

6786411720             bkeck@kecklegal.com
Contact phone          Email address

943504                 GA
Bar number             State

Fill in this information to identify the case:

Debtor name: Emerald Electrical Consultants LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Graybar Electric Company, Inc. PO Box 840458 Dallas, TX, 75284 | arquestions@graybar.com | Suppliers or Vendors | | | | 209,199.87 |
| 2 | City Electric Supply Company 1515 Central Ave. Chattanooga, TN, 37408 | Fax: 905-495-6601 | Suppliers or Vendors | | | | 94,196.26 |
| 3 | Bank of America PO Box 45224 Jacksonville, FL, 32232 | brian.t.moynihan@bankofamerica.com | Monies Loaned / Advanced | | | | 69,500.00 |
| 4 | Rexel 14951 Dallas Parkway Dallas, TX, 75254 | rexelbilltrust@rexelusa.com | Suppliers or Vendors | | | | 63,562.64 |
| 5 | Wex Inc. 1 Hancock Street Portland, ME, 04101 | Fax: 800-395-0809 | Monies Loaned / Advanced | | | | 62,600.00 |
| 6 | Generator Services, Inc. 31 C. Trottter Road West Columbia, SC, 29169 | kristal@generatorservicesinc.com | Suppliers or Vendors | | | | 52,736.48 |
| 7 | Accurate Power & Technology 15519 US-441 Suite 101A Eustis, FL, 32726 | accounting@accuratepowerandtechnology.com | Suppliers or Vendors | | | | 50,450.00 |
| 8 | Electric Power Systems International, Inc. 3806 Caboose Pl. Sanford, FL, 32771 | p.downs@epsii.com | Suppliers or Vendors | | | | 31,210.95 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Emerald Electrical Consultants LLC  Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Capital One<br>1680 Capital One Dr<br>McLean, VA, 22102 | Richard.Fairbank@capitalone.com | Monies Loaned / Advanced | | | | 28,000.00 |
| 10 | Ahern Rentals, Inc.<br>1401 Mineral Ave<br>Las Vegas, NV, 89106 | tiffani.hartwick@ahern.com | Suppliers or Vendors | | | | 24,009.25 |
| 11 | United Rentals, Inc.<br>PO Box 100711<br>Atlanta, GA, 30384 | htablate@ur.com | Suppliers or Vendors | | | | 8,356.25 |
| 12 | Centex Materials LLC<br>3019 Alvin De Vane Bldg.<br>Ste 100<br>Austin, TX, 78741 | rcastaneda@centexmaterials.com | Suppliers or Vendors | | | | 7,404.00 |
| 13 | Lauren Concrete<br>PO Box 3737<br>Pflugerville, TX, 78691 | marcia@laurenconcrete.com | Suppliers or Vendors | | | | 6,050.00 |
| 14 | C.H. Robinson<br>14701 Charlson Road<br>Eden Prairie, MN, 55347 | chrobinsonar@chrobinson.com | Suppliers or Vendors | | | | 2,700.00 |
| 15 | Georgia Underground & Supply, Inc.<br>5158-G Kennedy Rd<br>Forest Park, GA, 30297 | eberhart@georgiaunderground.com | Suppliers or Vendors | | | | 2,535.31 |
| 16 | Capital Pumping<br>3200 Steck Ave.<br>Suite 220<br>Austin, TX, 78757 | apadgett@capitalpumping.com | Suppliers or Vendors | | | | 2,221.35 |
| 17 | National Trench Safety, LLC<br>5106 Commercial Park Dr.<br>Austin, TX, 78724 | customerservice@ntsafety.com | Suppliers or Vendors | | | | 2,101.67 |
| 18 | 1st FP Austin LLC<br>12414 LAWS Rd.<br>Buda, TX, 78610 | markley@1stfpservices.com | Suppliers or Vendors | | | | 2,056.75 |
| 19 | City of Austin Water<br>PO Box 2267<br>Austin, TX, 78783 | Fax: 512-505-4035 | Utility Services | | | | 1,227.33 |
| 20 | Airgas, Inc.<br>3096 W Beaver St<br>Jacksonville, FL, 32254 | wecanhelp@airgas.com | Suppliers or Vendors | | | | 646.86 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

United States Bankruptcy Court
Northern District of Georgia

In re: Emerald Electrical Consultants LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/15/2022

/s/ Lindy Truitt
Signature of Individual signing on behalf of debtor

President and CEO
Position or relationship to debtor

1st FP Austin LLC
12414 LAWS Rd.
Buda, TX 78610

Accurate Power & Technology
15519 US-441
Suite 101A
Eustis, FL 32726

Ahern Rentals, Inc.
1401 Mineral Ave
Las Vegas, NV 89106

Airgas, Inc.
3096 W Beaver St
Jacksonville, FL 32254

Aprio
2002 Summit Blvd NE
Suite 120
Atlanta, GA 30319

Bank of America
PO Box 45224
Jacksonville, FL 32232

Bank of the West dba Takeuchi Financial Services
1625 W. Fountainhead Pkwy
AZ-FTN-10C-A
Tempe, AZ 85282

C.H. Robinson
14701 Charlson Road
Eden Prairie, MN 55347

Capital One
1680 Capital One Dr
McLean, VA 22102

Capital Pumping
3200 Steck Ave.
Suite 220
Austin, TX 78757

Centex Materials LLC
3019 Alvin De Vane Bldg.
Ste 100
Austin, TX 78741

City Electric Supply Company
1515 Central Ave.
Chattanooga, TN 37408

City of Austin Water
PO Box 2267
Austin, TX 78783

Douglas County Tax Commissioner
8700 Hospital Dr.
Douglasville, GA 30134

Electric Power Systems International, Inc.
3806 Caboose Pl.
Sanford, FL 32771

First US Bank
131 West Front Street
Thomasville, AL 36784

Generator Services, Inc.
31 C. Trottter Road
West Columbia, SC 29169

Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345

Georgia Underground & Supply, Inc.
5158-G Kennedy Rd
Forest Park, GA 30297

Graybar Electric Company, Inc.
PO Box 840458
Dallas, TX 75284

H & E Equipment Services, Inc.
7500 Pecue Ln
Baton Rouge, LA 70809

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Kubota
PO Box 2046
Grapevine, TX 76099


Lauren Concrete
PO Box 3737
Pflugerville, TX 78691


National Trench Safety, LLC
5106 Commercial Park Dr.
Austin, TX 78724


Phoenix Engineering
110 Londonderry Ct
Ste 136-C
Woodstock, GA 30188


Rexel
14951 Dallas Parkway
Dallas, TX 75254


United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384


Wex Inc.
1 Hancock Street
Portland, ME 04101


White Cap Supply
PO Box 4944
Orlando, FL 32802

**United States Bankruptcy Court**

IN RE:                                                                        Case No._____

Emerald Electrical Consultants LLC                 Chapter   11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Lindy Truitt<br>240 Whisperwood Dr., Roswell, GA 30075 | 51 | Managing member |
| Matthew Garner<br>3061 Ridgeview Dr., Villa Rica, GA 30180 | 49 | Other (Member) |

# United States Bankruptcy Court

Northern District of Georgia

In re Emerald Electrical Consultants LLC

Case No. _____

**Debtor**

Chapter 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $27,505.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $425.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;



    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/15/2022

*Date*

/s/ Benjamin Keck, 943504

*Signature of Attorney*

Keck Legal, LLC

*Name of law firm*

2566 Shallowford Rd.
Suite 104-252
Atlanta, GA 30345