**Fill in this information to identify the case and this filing:**

Debtor Name _Emerald Electrical Consultants LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (*If known*): _22-20913_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/07/2022_           ✘ /s/ Lindy Truitt _____
           MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                 Lindy Truitt _____
                                 Printed name

                                 President and CEO _____
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Emerald Electrical Consultants LLC

United States Bankruptcy Court for the:   Northern District of Georgia

                                              (State)

Case number (If known):   22-20913

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* ......................................................................................    $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ....................................................................................    $ _____ 1,186,792.27

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ......................................................................................    $ _____ 1,186,792.27

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........    $ _____ 640,942.15

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*..................................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..........................    +$ _____ 1,204,105.56

4. **Total liabilities** ....................................................................................................................    $ _____ 1,845,047.71
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name     Emerald Electrical Consultants LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  22-20913

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First US Bank | Checking | 6  7  9  9 | $ 0.00 |
| 3.2. See continuation sheet | | | $ 627,272.13 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____

   4.2. _____     $_____

5. **Total of Part 1**                                                                                       $ 627,272.13

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Security deposits held by The Boulevard at Town Lake               $ 350.00

   7.2. _____     $_____

Debtor  Emerald Electrical Consultants LLC
        Name

Case number (if known) 22-20913

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Potential returns of prepaid insurance premiums _____  $ Unknown

8.2. _____  $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          $ 350.00

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 74,620.14 | – | 0.00 | = ....➔ | $ 74,620.14 |
| 11b. Over 90 days old: | 1,466,464.29 | – | 1,466,464.29 | = ....➔ | $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 74,620.14

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____% | _____ | $ _____ |
| 15.2. _____ | _____% | _____ | $ _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. _____ | _____ | $ _____ |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $ _____

---

Debtor _____    Case number (if known) _____22-20913_____
         Emerald Electrical Consultants LLC
         Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Miscellaneous hardware and supplies | ___ / ___ / ___ MM / DD / YYYY | $_____ | FMV | 50.00 $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 50.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Emerald Electrical Consultants LLC                                    Case number (if known) 22-20913
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Desk, conference table, chairs | $_____ | FMV | $ 200.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> 3 laptop computers, printer, peripherals | $_____ | FMV | $ 300.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Emerald Electrical Consultants LLC
_____    Case number (if known) 22-20913
Name

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $_____ | FMV | $ 245,500.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Schedule A/B Part 8, Question 50 Attachment | $_____ | FMV | $ 238,500.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.     $ 484,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Emerald Electrical Consultants LLC    Case number *(if known)* 22-20913
_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    Shop located at 2575 Jason Industrial Pkwy, Winston, GA 30187 | Leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.2    Austin apartment - The Boulevard at Town Lake | Leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $  0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>https://emerald-power.com/ | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $  0.00 |

Debtor    Emerald Electrical Consultants LLC
_____    Case number *(if known)* 22-20913
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➔    $ _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____
_____    Tax year _____    $ _____
_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Lawsuit against Adams & Reese, LLP et al.    $ Unknown

Nature of claim    Legal Malpractice

Amount requested    $ 1,150,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____
_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor _____Emerald Electrical Consultants LLC_____  Case number (if known)___22-20913____
           Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 627,272.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 350.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 74,620.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 50.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 484,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,186,792.27 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................  1,186,792.27    $ 1,186,792.27

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 8

Debtor 1    Emerald Electrical Consultants LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

22-20913

## Continuation Sheet for Official Form 206 A/B

3) Checking, savings, money market, or financial brokerage accounts

Bank of America            Checking            2942

Balance: 783.19

South State Bank          Checking            4021

Balance: 626,488.94

A/B Part 8, Question 47 Attachment
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Code | Item | Year, Make, Model | Estimated Value |
|------|------|-------------------|-----------------|
| PT1001 | Pickup Truck | 2019 Chevy 2500 HD | $    28,000.00 |
| PT1003 | Pickup Truck | 2019 Chevy 2500 HD | $    24,000.00 |
| PT1004 | Pickup Truck | 2019 Chevy 2500 | $    19,000.00 |
| PT1005 | Pickup Truck | 2019 Chevy 2500 | $    18,000.00 |
| PT1006 | Pickup Truck | 2019 Chevy 2500 | $    21,000.00 |
| PT1007 | Pickup Truck | 2021 Chevy Tahoe | $    55,000.00 |
| PT1008 | Pickup Truck | 2021 Chevy 1500 | $    47,000.00 |
| TH1002 | Equipment Haul Trailer | 2019 Big Tex 14TL | $     3,500.00 |
| TH1003 | Equipment Haul Trailer | 2020 Big Tex 14TL | $     3,500.00 |
| TH1004 | Material Trailer | 2021 Utility | $       500.00 |
| TT1001 | Tool Trailer | 2006 Cargo Craft 20' | $     2,500.00 |
| TT1002 | Tool Trailer | 2019 Cargo Craft 20' | $     5,000.00 |
| TT1003 | Tool Trailer | 2020 Colony Cargo 20' | $     5,500.00 |
| TT1004 | Tool Trailer | 2021 Quality Cargo 24' | $     6,500.00 |
| TT1005 | Tool Trailer | 2021 Quality Cargo 24' | $     6,500.00 |

Schedule A/B Part 8, Question 50 Attachment
Other machinery, fixtures, and equipment

| Code | Item | Description | Estimated Value |
|------|------|-------------|----------------|
| SS1001 | Skid Steer | 2019 TL6 | $ 32,000.00 |
| SS1002 | Skid Steer | 2019 TL10 | $ 40,000.00 |
| SS1003 | Skid Steer | 2019 TL6 | $ 32,000.00 |
| SS1004 | Shop Lawnmower | 2022 Kubota | $ 6,000.00 |
| ME1001 | Mini Excavator | 2019 TB230 | $ 25,000.00 |
| ME1002 | Mini Excavator | 2019 TB240 | $ 30,000.00 |
| FL1001 | Shop Forklift | 1994 Mitsubishi 5k | $ 3,000.00 |
| FL1002 | Telehandler Forklift | 2012 JLG 12K Telehandler | $ 45,000.00 |
| WM1001 | Welder | 2019 Miller Bobcat Welder | $ 5,000.00 |
| | Fiber Tool | Schweitzer | $ 250.00 |
| | Pallet Rack Warehouse | | $ 750.00 |
| | Total Station | Leica ICR6 | $ 10,000.00 |
| | Small Tool | Milwaukee 6T Knockout | $ - |
| | Air Quality Sensor | Air Quality Sensor | $ 250.00 |
| | Small Tool | Greenlee Cable Tugger | $ 1,500.00 |
| | Small Tool | Greenlee Hydraulic Press | $ 1,500.00 |
| | Fiber Tool | Corning 200 Micron Fiber Term | $ 250.00 |
| | Fiber Tool | Corning 62.5 Micron Fiber Term | $ 250.00 |
| | Small Tool | Milwaukee Mag Drill | $ 500.00 |
| | Small Tool | Milwaukee 12T Crimper | $ 1,000.00 |
| | Small Tool | Milwaukee 6T Cutter | $ 500.00 |
| | Small Tool | Milwaukee 6T Cutter | $ 500.00 |
| | Fiber Tool | Schweitzer Fiber Splicing | $ 250.00 |
| | Small Tool | Ridgid Conduit Threader | $ 2,000.00 |
| | Small Tool | Tamp | $ 500.00 |
| | Small Tool | Miscellaneous Hand Tools | $ 500.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Emerald Electrical Consultants LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 22-20913 |

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
First US Bank

**Creditor's mailing address**
131 West Front Street
Thomasville, AL 36784

**Creditor's email address, if known**
rcrichlow@firstusbank.com

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Equipment and trucks

$ 332,168.78          $ Undetermined

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
First US Bank

**Creditor's mailing address**
131 West Front Street
Thomasville, AL 36784

**Creditor's email address, if known**
rcrichlow@firstusbank.com

**Date debt was incurred**
**Last 4 digits of account number**   7197

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Inventory , equipment, accounts receivable

$299,973.37          $Undetermined

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 640,942.15

Debtor  Emerald Electrical Consultants LLC _____  Case number (if known)____22-20913____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Kubota

_____

**Creditor's mailing address**

PO Box 2046
Grapevine, TX 76099

**Creditor's email address, if known**

kccwebmail@kubota.com

**Date debt was incurred** _____
**Last 4 digits of account number**   9854

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kubota Z781KWI-54
KBGHDGB0CLGK11143 *COMMERCIAL
ZTR MWR 30HP EFI

$8,800.00     $6,000.00

**Describe the lien**

Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Emerald Electrical Consultants LLC
_____
          Name

Case number (*if known*)___22-20913_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor        Emerald Electrical Consultants LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number        22-20913
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Douglas County Tax Commissioner
8700 Hospital Dr.
Douglasville, GA, 30134

As of the petition filing date, the claim is: $ Unknown        $
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number      _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8  )

**2.2** Priority creditor's name and mailing address
Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA, 30303

As of the petition filing date, the claim is: $ Unknown        $
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number      _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8  )

**2.3** Priority creditor's name and mailing address
Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA, 30345

As of the petition filing date, the claim is: $ Unknown        $
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number      _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8  )

Debtor  Emerald Electrical Consultants LLC                    Case number *(if known)*  22-20913
        Name

| Part 1. | Additional Page |

| | Total claim | Priority amount |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2.**4  **Priority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown     $ _____

---

**2.** ___  **Priority creditor's name and mailing address**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____     $ _____

---

**2.** ___  **Priority creditor's name and mailing address**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____     $ _____

---

**2.** ___  **Priority creditor's name and mailing address**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____     $ _____

---

Debtor    Emerald Electrical Consultants LLC
Name

Case number _(if known)_    22-20913

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
1st FP Austin LLC
12414 LAWS Rd.
Buda, TX, 78610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,056.75

**Date or dates debt was incurred** 06/15/2022
**Last 4 digits of account number** 7060

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Accurate Power & Technology
15519 US-441
Suite 101A
Eustis, FL, 32726

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 50,450.00

**Date or dates debt was incurred** 08/17/2022
**Last 4 digits of account number** 1945

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Ahern Rentals, Inc.
1401 Mineral Ave
Las Vegas, NV, 89106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 27,007.79

**Date or dates debt was incurred** 09/14/2022
**Last 4 digits of account number** 6200

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Airgas, Inc.
3096 W Beaver St
Jacksonville, FL, 32254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 653.49

**Date or dates debt was incurred** 08/31/2022
**Last 4 digits of account number** 1969

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Bank of America
PO Box 45224
Jacksonville, FL, 32232

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 69,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Bank of the West dba Takeuchi Financial
Services
1625 W. Fountainhead Pkwy
AZ-FTN-10C-A
Tempe, AZ, 85282

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ Unknown

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Emerald Electrical Consultants LLC | Case number (if known) | 22-20913 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

C.H. Robinson
14701 Charlson Road
Eden Prairie, MN, 55347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,700.00

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    2217

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Capital One
1680 Capital One Dr
McLean, VA, 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 30,198.57

Date or dates debt was incurred

Last 4 digits of account number    3158

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Capital Pumping
3200 Steck Ave.
Suite 220
Austin, TX, 78757

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Centex Materials LLC
3019 Alvin De Vane Bldg.
Ste 100
Austin, TX, 78741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,404.00

Date or dates debt was incurred    07/29/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

City Electric Supply Company
1515 Central Ave.
Chattanooga, TN, 37408

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 275,722.86

Date or dates debt was incurred    08/31/2022

Last 4 digits of account number    4002

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Emerald Electrical Consultants LLC | Case number *(if known)* | 22-20913 |
|--------|-------------------------------------|--------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12  Nonpriority creditor's name and mailing address**

City of Austin Water
PO Box 2267
Austin, TX, 78783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 1,227.33

**Date or dates debt was incurred**    08/15/2022

**Last 4 digits of account number**    9016

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13  Nonpriority creditor's name and mailing address**

Electric Power Systems International, Inc.
3806 Caboose Pl.
Sanford, FL, 32771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 31,210.95

**Date or dates debt was incurred**    08/17/2021

**Last 4 digits of account number**    0129

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14  Nonpriority creditor's name and mailing address**

Generator Services, Inc.
31 C. Trottter Road
West Columbia, SC, 29169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 52,736.48

**Date or dates debt was incurred**    06/10/2022

**Last 4 digits of account number**    0001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15  Nonpriority creditor's name and mailing address**

Georgia Underground & Supply, Inc.
5158-G Kennedy Rd
Forest Park, GA, 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,535.31

**Date or dates debt was incurred**    07/07/2022

**Last 4 digits of account number**    5179

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16  Nonpriority creditor's name and mailing address**

Graybar Electric Company, Inc.
PO Box 840458
Dallas, TX, 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 222,870.05

**Date or dates debt was incurred**    09/13/2022

**Last 4 digits of account number**    2424

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Emerald Electrical Consultants LLC | Case number *(if known)* | 22-20913 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

H & E Equipment Services, Inc.
7500 Pecue Ln
Baton Rouge, LA, 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment rental

$ 67,772.90

Date or dates debt was incurred    09/15/2022
Last 4 digits of account number    9545

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**

Jingoli Power, LLC
100 Lenox Dr
Trenton, NJ, 08648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice only

$ Undetermined

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**

Lauren Concrete
PO Box 3737
Pflugerville, TX, 78691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,050.00

Date or dates debt was incurred    06/30/2022
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**

National Trench Safety, LLC
5106 Commercial Park Dr.
Austin, TX, 78724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,101.67

Date or dates debt was incurred    08/24/2022
Last 4 digits of account number    7714

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**

Phoenix Engineering
110 Londonderry Ct
Ste 136-C
Woodstock, GA, 30188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Emerald Electrical Consultants LLC | Case number (if known) | 22-20913 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22** Nonpriority creditor's name and mailing address

Rexel
14951 Dallas Parkway
Dallas, TX, 75254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 63,562.64

Date or dates debt was incurred  08/03/2022

Last 4 digits of account number  9822

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Ryan Truitt
240 Whisperwood Dr.
Roswell, GA, 30075

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 115,000.00

Date or dates debt was incurred  11/29/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

S&S Holdings, LLC
7630 Hardrock Rd.
Douglasville, GA, 30134

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Lease

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Terry Dalrymple
930 Santa Anita Dr.
Woodstock, GA, 30189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 100,000.00

Date or dates debt was incurred  11/09/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

The Boulevard at Town Lake
2600 Lake Austin Blvd.
Austin, TX, 78703

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Emerald Electrical Consultants LLC | Case number *(if known)* | 22-20913 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

United Rentals, Inc.
PO Box 100711

Atlanta, GA, 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,356.25

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    1722

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Wex Inc.
1 Hancock Street
Portland, ME, 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 65,036.65

Date or dates debt was incurred

Last 4 digits of account number    9552

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

White Cap Supply
PO Box 4944
Orlando, FL, 32802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 451.87

Date or dates debt was incurred    06/14/2022

Last 4 digits of account number    7571

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Emerald Electrical Consultants LLC
          _____
          Name

          Case number (if known) _____22-20913_____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 1,204,105.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,204,105.56 |

**Fill in this information to identify the case:**

Debtor name __Emerald Electrical Consultants LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __22-20913__         Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Austin Apartment Lease Lessee | The Boulevard at Town Lake 2600 Lake Austin Blvd. Austin, TX, 78703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Shop lease Lessee | S&S Holdings LLC 7630 Hardrock Rd. Douglasville, GA, 30134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Altamonte Springs generators project | City of Altamonte Springs |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | City of Independence project | City of Independence Power & Light |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | WAPA project | Western Area Power Administration: Rocky Mountain Region |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Emerald Electrical Consultants LLC | Case number *(if known)* | 22-20913 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Garland project<br><br>Garland Power & Light |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JEA Motor Op<br><br>Jacksonville Electric Authority |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JEA PTs<br><br>Jacksonville Electric Authority |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name  Emerald Electrical Consultants LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  22-20913

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. Does the debtor have any codebtors? |
|---|
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Matthew Garner | Matthew Garner<br>3061 Ridgeview Dr.<br>Villa Rica, GA 30180 | S&S Holdings, LLC | ☐ D<br>☑ E/F<br>☑ G |
| 2.2 Matthew Garner | Matthew Garner<br>3061 Ridgeview Dr.<br>Villa Rica, GA 30180 | First US Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Lindy Truitt | Lindy Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | First US Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Ryan Truitt | Ryan Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | First US Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Matthew Garner | Matthew Garner<br>3061 Ridgeview Dr.<br>Villa Rica, GA 30180 | First US Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Lindy Truitt | Lindy Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | First US Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Emerald Electrical Consultants LLC                                    Case number *(if known)* 22-20913
_____
Name

| | | |
|---|---|---|
| ▨ | **Additional Page if Debtor Has More Codebtors** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.**7** Ryan Truitt | Ryan Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | First US Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.**8** Matthew Garner | Matthew Garner<br>3061 Ridgeview Dr.<br>Villa Rica, GA 30180 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.**9** Lindy Truitt | Lindy Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.**10** Ryan Truitt | Ryan Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.**11** Lindy Truitt | Lindy Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.**12** Lindy Truitt | Lindy Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | Centex Materials LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**13** Matthew Garner | Matthew Garner<br>3061 Ridgeview Dr.<br>Villa Rica, GA 30180 | H & E Equipment Services, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.**14** Lindy Truitt | Lindy Truitt<br>240 Whisperwood Dr.<br>Roswell, GA 30075 | H & E Equipment Services, Inc. | ☐ D<br>☑ E/F<br>☐ G |



Debtor    Emerald Electrical Consultants LLC
          Name

Case number (if known)  22-20913

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Lindy Truitt | Lindy Truitt 240 Whisperwood Dr. Roswell, GA 30075 | National Trench Safety, LLC | ☐ D ☑ E/F ☐ G |
| 2.16 Ryan Truitt | Ryan Truitt 240 Whisperwood Dr. Roswell, GA 30075 | National Trench Safety, LLC | ☐ D ☑ E/F ☐ G |
| 2.17 Ryan Truitt | Ryan Truitt 240 Whisperwood Dr. Roswell, GA 30075 | United Rentals, Inc. | ☐ D ☑ E/F ☐ G |
| 2.18 Lindy Truitt | Lindy Truitt 240 Whisperwood Dr. Roswell, GA 30075 | Capital Pumping | ☐ D ☑ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _Emerald Electrical Consultants LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _22-20913_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 2,896,754.47 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,402,974.24 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,826,882.54 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

Debtor    Emerald Electrical Consultants LLC
_____    Case number *(if known)* 22-20913
          Name                                                              _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 603,703.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached SOFA Part 2, Question 4<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ 1,243,264.55 | |
| 4.2. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

| Debtor | Emerald Electrical Consultants LLC | Case number (if known) | 22-20913 |
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | _____ | $_____ |
| 5.2. | | | | |
| | Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| First US Bank | | | $ 448.18 |
| Creditor's name | | _____ | |
| 131 West Front Street | | | |
| Thomasville, AL 36784 | | | |
| | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Emerald Electrical Consultants, LLC v. Adams & Reese, LLP et al. | Legal Malpractice | District Court of Harris County, Texas | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 2022-25539 | | | |
| 7.2. | **Case title**<br>Sayer Construction LLC et al. v. Emerald Electrical Consultants, LLC | | **Court or agency's name and address**<br>Southern District of Texas, Houston | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | | |
| | 4:21-cv-03245 | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Emerald Electrical Consultants LLC | Case number *(if known)* | 22-20913 |
|---|---|---|---|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $ _____ |
| | Recipient's name | | _____ | $ _____ |
| | | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $ _____ |
| | Recipient's name | | _____ | $ _____ |
| | | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Greenlee 885 Tube Bender | 0.00 | 01/2021 | $ 2,500.00 |

---

| Debtor | Emerald Electrical Consultants LLC | Case number *(if known)* | 22-20913 |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Keck Legal, LLC | | 09/2022 | $ 30,000.00 |
| | **Address** | | | |
| | 2566 Shallowford Road Suite 104-252 Atlanta, GA 30345 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Keck Legal, LLC | | 08/2022 | $ 5,000.00 |
| | **Address** | | | |
| | 2566 Shallowford Road Suite 104-252 Atlanta, GA 30345 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | Emerald Electrical Consultants LLC | Case number (if known) | 22-20913 |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Mountain View Hyundai | Chevy 2500 truck | 01/01/2022 | $ 52,000.00 |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | None | | | |
| 13.2. | Who received transfer? | Chevy 2500 truck | 01/01/2022 | $ 40,000.00 |
| | Paul Crosby | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 2575 Jason Industrial Pkwy<br>Winston, GA 30187 | From | 10/2018 | To  08/2022 |
| 14.2. | | From | _____ | To  _____ |

---

Debtor    Emerald Electrical Consultants LLC
_____    Case number *(if known)* 22-20913
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor   Emerald Electrical Consultants LLC
_____ Name

Case number (if known)  22-20913

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First US Bank<br>_____ Name | XXXX– 6799 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 09/14/2022 | $ 0.00 |
| 18.2. | _____ Name | XXXX– _____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Emerald Electrical Consultants LLC
_____    Case number *(if known)* 22-20913
Name    _____

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____<br>Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor    Emerald Electrical Consultants LLC
_____     Case number *(if known)* 22-20913
Name                                                                                    _____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |

---

| Debtor | Emerald Electrical Consultants LLC | Case number (if known) | 22-20913 |
|--------|------------------------------------|------------------------|----------|
|        | Name                               |                        |          |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26a.1. | Aprio, LLP | From 01/01/2019 |
| | Name | |
| | 5 Concourse Parkway, Suite 1000, Atlanta, GA  30328 | To _____ |

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26a.2. | | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26b.1. | Aprio, LLP | From 01/01/2019 |
| | Name | |
| | 5 Concourse Parkway, Suite 1000, Atlanta, GA  30328 | To _____ |

| | Name and address | Dates of service |
|--|------------------|------------------|
| 26b.2. | SH Enterprises | From 07/01/2021 |
| | Name | To 02/01/2022 |
| | 3752 Swallow Pointe, Marietta GA 3066 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|--|------------------|------------------------------------------------------------------|
| 26c.1. | Lindy Truitt | |
| | Name | |

---

Debtor    Emerald Electrical Consultants LLC
          _____          Case number (if known) 22-20913
          Name                                                      _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Ryan Truitt<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. First US Bank<br>Name<br>131 West Front Street, Thomasville, Alabama 36784 |

| Name and address |
|---|
| 26d.2. Gray Surety<br>Name<br>1225 West Causeway Approach, Mandeville, LA 70471 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Emerald Electrical Consultants LLC
_____
Name

Case number (if known) 22-20913
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
        Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lindy Truitt | 240 Whisperwood Dr., Roswell, GA 30075 | Managing Member and President/CEO | 51 |
| Matthew Garner | 3061 Ridgeview Dr., Villa Rica, GA 30180 | Member and Vice President | 49 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Lindy Truitt<br>Name | 98,555.35 | _____ | Compensation and benefits |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Member | | | |

Debtor   Emerald Electrical Consultants LLC
_____
Name

Case number (*if known*) 22-20913
_____

| | Name and address of recipient | 150,949.45 | | Compensation and benefits |
|---|---|---|---|---|
| 30.2 | Ryan Truitt | | _____ | |
| | Name | | | |
| | | | _____ | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Husband of member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 401(k) administered by Paychex | EIN: 83-2022004 |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/07/2022
            MM  / DD  / YYYY

✗ /s/ Lindy Truitt
_____
Signature of individual signing on behalf of the debtor

Printed name   Lindy Truitt

Position or relationship to debtor   President and CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Debtor Name ___Emerald Electrical Consultants LLC_____   Case number (*if known*)___22-20913___

## Continuation Sheet for Official Form 207

**13) Transfers not already listed on this statement**

**Transferee: Unknown person found on Facebook Marketplace**

**Date of Transfer: 03/01/2022**

**Description: Texas Pride gooseneck trailer**

**Value: $6,500.00**

**---**


**17) Pension Contributions**

**401(k) administered by      83-2022004
Paychex**

**26d) Creditors**

**Little and Smith, Inc.                P.O. Box 1089  Marietta GA 30061**

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Matthew Garner**

**Amount of money or description: $122,868.78**

**Dates:  - ,  - ,  -**

**Reason: Compensation and benefits**

**---**